# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, for the use and benefit of NASATKA BARRIER, INCORPORATED d/b/a NASATKA SECURITY,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL FIDELITY INSURANCE COMPANY, et al.,<br>    Defendants. | CV 16-8064-DSF (AGR)<br><br>JUDGMENT |

  The Court having presided over a bench trial on claims brought by Plaintiff United States of America, for the use and benefit of Nasatka Barrier, Inc. d/b/a Nasatka Security (Nasatka) against Defendants International Fidelity Insurance Company, CeSight Joint Venture (CeSight), Insight Environmental, Engineering, and Construction, Inc. (Insight), and Everest Re-Insurance Company (collectively Defendants), counterclaims brought by CeSight and Insight against Nasatka, and a third-party claim brought by Insight against Third Party Defendant North American Specialty Insurance Company (NAS) and having entered its FINDINGS OF FACT AND CONCLUSIONS OF LAW AS TO PLAINTIFF'S CLAIMS (see Dkt. 187), FINDINGS OF FACT AND CONCLUSIONS OF LAW AS TO DEFENDANTS' COUNTERCLAIM, THIRD PARTY CLAIM, AND AFFIRMATIVE DEFENSES (see Dkt. 188), and ORDER GRANTING PLAINTIFF'S AND THIRD PARTY DEFENDANT'S MOTIONS FOR AWARD OF ATTORNEY'S FEES AND COSTS (see Dkt. 200), now enters final judgment as follows:

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Nasatka and against Defendants, jointly and severally, on Nasatka's Miller Act claim for the unpaid subcontract balance and service calls, and against Insight and CeSight, jointly and severally, on Nasatka's breach of contract claim for the unpaid subcontract balance and service calls, in the following amounts:

| | |
|---|---|
| Principal Amount: | $444,899.65 |
| Prejudgment Interest on Principal Amount: | $37,422.84 |
| Attorney's Fees: | $609,199.05 |
| Costs: | $27,819.04 |
| Prejudgment Interest on Attorney's Fees and Costs | $1,133.05 |
| **Total:** | **$1,120,473.63** |

IT IS FURTHER ORDERED that post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961 from the date of entry of judgment.

IT IS FURTHER ORDERED that Nasatka's remaining claims be dismissed with prejudice.

IT IS FURTHER ORDERED that Defendants shall recover nothing.

IT IS FURTHER ORDERED that judgment is entered in favor of Nasatka, and against InSight and CeSight on InSight and CeSight's counterclaim, and that Insight and CeSight shall recover nothing.

IT IS FURTHER ORDERED that judgment is entered in favor of NAS and against Insight on Insight's third-party claim in the following amounts:

| | |
|---|---|
| Attorney's Fees: | $54,157.50 |
| Costs: | $1,014.83 |
| Prejudgment Interest on Attorney's Fees and Costs | $98.04 |
| **Total:** | **$55,270.37** |

IT IS FURTHER ORDERED that post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961 from the date of entry of judgment.

Date: February 19, 2020

Dale S. Fischer
United States District Judge